STATE OF NEW JERSEY v. MANUAL MUNIZ RODRIQUEZ.

May 29, 1973. Petition for certification denied.

SHOPMEN'S LOCAL 545 v. STRUCTURAL STEEL & ORNA-
MENTAL IRON ASSN. OF NEW JERSEY.

May 29, 1973. Petition for certification denied.

JOHN N. MEYER v. LAURENCE MEGIBOW.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL LEE WATKINS.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v.
WILLIAM CHARLES KORZENOWSKI.

May 29, 1973. Petition for certification denied. (See **123**
*N. J. Super.* 454)

STATE OF NEW JERSEY v. CHARLES J. GASTON.

May 29, 1973. Petition for certification denied.